Elizabeth Marie Rushing FLOYD,
Plaintiff—Appellant,

v.

David A. BROWN, an individual; Robert Potter, an individual; Richard Voorhees, an individual; Thomas Widman, an individual, Defendants—Appellees.

No. 04–7986.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 24, 2005.

Decided: March 9, 2005.

Elizabeth Marie Rushing Floyd, Appellant pro se.

James Michael Sullivan, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Elizabeth Marie Rushing Floyd appeals the district court's order denying her motion to vacate the court's September 24, 2004, order. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Floyd v. Brown,* No. CA–03–554–MCK (W.D.N.C. Nov. 22, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*